NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Michael H. Artan (State Bar No. 97393)
One Wilshire Boulevard, Suite 2200
Los Angeles, California 90017
Tele: 213/688-0370
Fax: 213/627-9201
Email: michaelartan@yahoo.com

ATTORNEY(S) FOR: JOSEPH F. INIGUEZ

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH F. INIGUEZ<br><br>Plaintiff(s),<br><br>v.<br><br>OFFICER R. MARTINEZ, etc. et al.<br><br>Defendant(s) | CASE NUMBER:<br><br>2:22-cv-00106<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Plaintiff Joseph F. Iniguez_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| 1. JOSEPH F. INIGUEZ | 1. Plaintiff |
| 2. OFFICER R. MARTINEZ | 2 through 4 are Defendants |
| 3. CITY OF AZUSA | |
| 4. DOES 1 to 20 | |

January 6, 2022
Date

/s/ Michael H. Artan
Signature

Attorney of record for (or name of party appearing in pro per):

Joseph F. Iniguez