Mildred K. O'Linn (State Bar No. 159055)
  mko@manningllp.com
Garros Chan (State Bar No. 320561)
  gxc@manningllp.com
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, OFFICER R. MARTINEZ, an individual and Officer of the Azusa Police Department, CITY OF AZUSA, a public entity

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOSEPH F. INIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>OFFICER R. MARTINEZ, an individual and Officer of the Azusa Police Department; CITY OF AZUSA, a public entity; and DOES 1 to 20,<br><br>Defendants. | Case No. 2:22-cv-00106 MCS (GJSx)<br>*[District Judge: Mark C. Scarsi;*<br>*Magistrate: Gail J. Standish]*<br><br>**DEFENDANT'S NOTICE OF INTERESTED PARTIES**<br><br>**(C.D.Cal. L.R. 7.1-1)**<br><br>Complaint Filed: 01/06/22<br>FAC Filed: 01/12/22<br>Trial Date: N/A |

TO THE COURT, AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

The undersigned, counsel of record for Defendants certify that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made pursuant to C.D. Cal. Local Rule 7.1-1, to enable the court to evaluate possible disqualification or recusal:

1. JOSEPH F. INIGUEZ (Plaintiff);

2. OFFICER R. MARTINEZ (Defendant); and

///

///

4859-9133-8767.1

**DEFENDANTS' NOTICE OF INTERESTED PARTIES**

3. CITY OF AZUSA (Defendant).

DATED: February 16, 2022

**MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP**

By:    /s/ Garros Chan
Mildred K. O'Linn
Garros Chan
Attorneys for Defendants, OFFICER R. MARTINEZ, an individual and Officer of the Azusa Police Department, CITY OF AZUSA, a public entity