Mildred K. O'Linn (State Bar No. 159055)
  *mko@manningllp.com*
Garros Chan (State Bar No. 320561)
  *gxc@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, OFFICER R.
MARTINEZ, an individual and Officer of
the Azusa Police Department, CITY OF
AZUSA, a public entity

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOSEPH F. INIGUEZ,<br><br>              Plaintiff,<br><br>       v.<br><br>OFFICER R. MARTINEZ, an individual and Officer of the Azusa Police Department; CITY OF AZUSA, a public entity; and DOES 1 to 20,<br><br>              Defendants. | Case No. 2:22-cv-00106 MCS (GJSx)<br>*[District Judge:  Mark C. Scarsi;*<br>*Magistrate: Gail J. Standish]*<br><br>**JOINT STIPULATION FOR STAY OF PROCEEDINGS PENDING COMPLETION OF DEPARTMENT OF JUSTICE INVESTIGATION; PROPOSED ORDER**<br><br><br>Complaint Filed:   01/06/22<br>FAC Filed:         01/12/22<br>Trial Date:        N/A |

## TO THE HONORABLE COURT:

Plaintiff, JOSEPH F. INIGUEZ, ("Plaintiff") and defendants, the CITY OF AZUSA and OFFICER R. MARTINEZ, ("Defendants") hereby stipulate for the purpose of jointly requesting the honorable Court to vacate all currently scheduled dates, deadlines and proceedings and stay this case pending the resolution of the Department of Justice's ("DOJ") criminal investigation of plaintiff.

///

///

4893-3191-6825.1

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

## **GOOD CAUSE STATEMENT**

1.     Plaintiff filed the complaint on January 12, 2022 [Dkt. 10].

2.     Defendant filed its answer to plaintiff's operative complaint on February 16, 2022 [Dkt. 11].

3.     On February 16, 2022, the Court ordered a Scheduling Conference to take place on April 11, 2022 [Dkt. 13].

4.     On March 17, 2022, the parties met and conferred via a telephonic conference to discuss the current status of this matter.  Specifically, counsel for both parties discussed a pending criminal investigation by the California Department of Justice ("DOJ") with respect to plaintiff from the same set of facts in this case. Counsel discussed the implications of potential Fifth Amendment issues the criminal investigation of plaintiff would create in relation to this civil matter.

5.     On information and belief, the DOJ criminal investigation remains ongoing.

6.     To date, no discovery in this case has taken place.

7.     On information and belief, the factual issues to be decided in the instant civil action arise from the same set of facts that the DOJ is investigating.

8.     A court may decide in its discretion to stay civil proceedings when "the interests of justice seem to require such action." *See Keating v. Office of Thrift Supervision*, 45 F.3d 322, 324 (9th Cir. 1995) (quoting *United States v. Kordel,* 397 U.S. 1, 12 (1970)). "The decision whether to stay civil proceedings in the face of a parallel criminal proceeding should be made 'in light of the particular circumstances and competing interests involved in the case.'" *Id.*

9.     Requiring the parties to participate in civil discovery could potentially unfairly prejudice them while an investigation is ongoing that could result in criminal consequences.

10.     Moreover, at this juncture, both the parties have been prevented from conducting any discovery in this case, which would severely prejudice both parties if

1   they were required to go forward according to the Court's current schedule.

2       11.     Additionally, neither party will be unfairly prejudiced by a stay in the

3   case.

4               **STIPULATION TO STAY ALL FURTHER PROCEEDINGS**

5       12.     Accordingly, in light of the foregoing Good Cause, the parties hereby

6   stipulate to and jointly request that the Court enter an order to vacate all previously

7   ordered deadlines and proceedings in this matter. The parties further stipulate to and

8   jointly request that the Court enter an order to stay all further proceedings in this

9   matter – including all non-expert and expert discovery, discovery and dispositive

10  motions, and trial of the civil matter – for at least 120 days *or* until the aforementioned

11  criminal investigation by the DOJ has been completed, whichever occurs first.

12      13.     The parties hereby stipulate to and jointly request that the Court issue an

13  order that, at the expiration of 120 days from the entry of the order vacating the current

14  dates and staying the instant case, the parties shall jointly issue a report to the Court

15  on the status of the DOJ investigation.  If the investigation is still ongoing at that time,

16  the Court shall continue the stay, until such time as the investigation is completed.

17  The parties shall file status reports to the Court every 120 days until such time as the

18  investigation is completed.

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1  **IT IS SO STIPULATED.**

2  DATED:  March 28, 2022                **MANNING & KASS**

3                                        **ELLROD, RAMIREZ, TRESTER LLP**

4                                        By:        /s/ Mildred K. O'Linn

5                                             Mildred K. O'Linn

                                              Garros Chan
6
                                              Attorneys for Defendants,
7                                             OFFICER R. MARTINEZ, an individual

                                              and Officer of the Azusa Police
8                                             Department, CITY OF AZUSA, a public

9                                             entity

10 DATED:  March 28, 2022                **MICHAEL H. ARTAN, LAWYER, APC**

11                                       **JONAS & DRISCOLL LLP**

12                                       By:        /s/ Michael H. Artan

13                                            Glen T. Jonas

                                              Michael H. Artan
14                                            Attorneys for Plaintiff,

15                                            JOSEPH F. INIGUEZ

16

17

18

19

20

21

22

23

24

25

26

27

28

4893-3191-6825.1

**JT STIP FOR STAY OF PROCEEDINGS PENDING COMPLETION OF DOJ INV**