# JUDGE MARK C. SCARSI
## SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET

*Please complete this worksheet jointly and file it with your Joint Rule 26(f) Report.*
**The Court ORDERS the parties to make every effort to agree on dates.**

| Case No. 2:22-CV-00106 MCS(GJSx) | Case Name: Joseph F. Iniguez v. City of Azusa, et al. | | |
|---|---|---|---|
| **Trial and Final Pretrial Conference Dates** | Pl(s)' Date mm/dd/yyyy | Def(s)' Date mm/dd/yyyy | Court Order mm/dd/yyyy |
| Check one: ☒ Jury Trial or ☐ Court Trial (*Tuesday* at 8:30 a.m., within 18 months after Complaint filed) Estimated Duration: 5 Days | 07/11/Œ23/ | 07/11/2023 | ☐ Jury Trial ☐ Court Trial _____ Days |
| Final Pretrial Conference ("FPTC") [L.R. 16], Hearing on Motions In Limine (*Monday* at 2:00 p.m., at least 15 days before trial) | 06/26/2023 | 06/26/2023 | |

| **Event** [1] *Note:* Hearings shall be on Monday at 9:00 A.M. Other dates can be any day of the week. | **Weeks Before FPTC** | Pl(s)' Date mm/dd/yyyy | Def(s)' Date mm/dd/yyyy | Court Order mm/dd/yyyy |
|---|---|---|---|---|
| Last Date to **Hear** Motion to Amend Pleadings/Add Parties *[Monday]* | | 05/09/2022 | 05/09/2022 | |
| Non-Expert Discovery Cut-Off **(no later than deadline for *filing* dispositive motion)** | 17 | 01/16/2023 | 01/16/2023 | |
| Expert Disclosure (Initial) | | 02/27/2023 | 02/27/2023 | |
| Expert Disclosure (Rebuttal) | | 03/13/2023 | 03/13/2023 | |
| Expert Discovery Cut-Off | 12[2] | 03/20/2023 | 03/20/2023 | |
| Last Date to **Hear** Motions *[Monday]*<br>• Rule 56 Motion due at least 5 weeks before hearing<br>• Opposition due 2 weeks after Motion is filed<br>• Reply due 1 week after Opposition is filed | 12 | 05/01/2023 | 05/01/2023 | |
| Deadline to Complete Settlement Conference [L.R. 16-15]<br>**Select one:** ☐ 1. Magistrate Judge *(with Court approval)*<br>☒ 2. Court's Mediation Panel<br>☐ 3. Private Mediation | 10 | 04/17/2023 | 04/17/2023 | ☐ 1. Mag. J. ☐ 2. Panel ☐ 3. Private |
| **Trial Filings (first round)**<br>• Motions in Limine<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] *(court trial only)*<br>• Declarations containing Direct Testimony *(court trial only)* | 3 | 06/05/2023 | 06/05/2023 | |
| **Trial Filings (second round)**<br>• Oppositions to Motions In Limine<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions *(jury trial only)*<br>• Disputed Proposed Jury Instructions *(jury trial only)*<br>• Joint Proposed Verdict Forms *(jury trial only)*<br>• Joint Proposed Statement of the Case *(jury trial only)*<br>• Proposed Additional Voir Dire Questions, if any *(jury trial only)*<br>• Evidentiary Objections to Decls. of Direct Testimony *(court trial only)* | 2 | 06/12/2023 | 06/12/2023 | |

---

[1] The parties may seek dates for additional events by filing a separate Stipulation and Proposed Order. **Patent and ERISA cases in particular may need to vary from the above.**

[2] The parties may wish to consider cutting off expert discovery prior to the deadline for *filing* an MSJ.

8