**NOTE CHANGES MADE BY THE COURT**

**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOSEPH F. INIGUEZ,<br><br>      Plaintiff,<br><br>v.<br><br>OFFICER R. MARTINEZ, an individual and Officer of the Azusa Police Department; CITY OF AZUSA, a public entity; and DOES 1 to 20,<br><br>      Defendants. | Case No. 2:22-cv-00106-MCS-GJS<br><br>[PROPOSED] **ORDER RE: JOINT STIPULATION FOR STAY OF PROCEEDINGS PENDING COMPLETION OF DEPARTMENT OF JUSTICE INVESTIGATION (ECF No. 14)**<br><br>Complaint Filed:  01/06/22<br>FAC Filed:          01/12/22<br>Trial Date:          N/A |

Pursuant to the Joint Stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED:

1. The Court hereby stays all further proceedings in this matter – including all non-expert and expert discovery, discovery and dispositive motions, and trial of the civil matter – for 120 days *or* until the pending criminal investigation by the Department of Justice has been completed, whichever occurs first. **The Court directs the Clerk to remove the case from the Court's active caseload until further application by the parties or order of this Court.**

2. If the criminal investigation is still ongoing after the expiration of 120 days from the entry of this order, the parties shall jointly issue a report to the Court

on the status of the criminal investigation. ~~If the investigation is still ongoing at that time, the Court shall continue the stay, until such time as the investigation is completed. The parties shall file status reports to the Court every 120 days until such time as the investigation is completed.~~ **The parties shall provide a proposed order with their report if they agree that the stay should be extended. The Court will decide whether to extend or lift the stay after reviewing the parties' report.**

      3.     **The parties shall notify the Court within seven days of learning that the Department of Justice investigation has concluded.**

      IT IS SO ORDERED.

DATED: March 29, 2022

*[signature]*

Mark C. Scarsi
United States District Judge