# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOSEPH F. INIGUEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>OFFICER R. MARTINEZ, an individual and Officer of the Azusa Police Department; CITY OF AZUSA, a public entity; and DOES 1 to 20,<br><br>　　　　　Defendants. | Case No. 2:22-cv-00106 MCS (GJSx)<br>*[District Judge:  Mark C. Scarsi;<br>Magistrate: Gail J. Standish]*<br><br>**[PROPOSED] ORDER RE: JOINT STIPULATION FOR FURTHER CONTINUANCE OF STAY OF PROCEEDINGS PENDING COMPLETION OF DEPARTMENT OF JUSTICE INVESTIGATION**<br><br>Complaint Filed:　01/06/22<br>FAC Filed:　　　　01/12/22<br>Trial Date:　　　　N/A |

　　　　Pursuant to the Status Report and Joint Stipulation of the parties, and Good Cause appearing therefor, IT IS HEREBY ORDERED:

　　　　1.　　The Court hereby continues the stay of all proceedings in this matter – including all non-expert and expert discovery, discovery and dispositive motions, and trial of the civil matter – for 120 days *or* until the pending criminal investigation by the Department of Justice has been completed, whichever occurs first.  Additionally, this matter shall remain removed from the active case calendar as previously ordered.

　　　　2.　　If the criminal investigation is still ongoing after the expiration of 120 days from the entry of this order, the parties shall jointly issue a report to the Court

on the status of the criminal investigation. The parties shall provide a proposed order with their report if they agree that the stay should be extended. The Court will decide whether to extend or lift the stay after reviewing the parties' report.

3.  The parties shall notify the Court within seven days of learning that the Department of Justice investigation has concluded.

**IT IS SO ORDERED.**

DATED: _____

                              Hon. Mark C. Scarsi
                              United States District Judge