Glen T. Jonas (State Bar No. 166038)
Jonas & Driscoll
1108 Sartori Avenue, Suite 320
Torrance, CA 90501
Tele: 213/683-2033 Fax: 310/218-4980
Email: glenjonas@aol.com

Michael H. Artan (State Bar No. 97393)
One Wilshire Boulevard, Suite 2200
Los Angeles, California 90017
Tele:  213/688-0370 Fax:  213/627-9201
Email: michaelartan@yahoo.com
*Counsel for Plaintiff Joseph F. Iniguez*

# UNITED STATES DISTRICT COURT,
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOSEPH F. INIGUEZ, | Case No.: 2:22-cv-00106-MCS-GJS |
| Plaintiff, v. | **PLAINTIFF'S NOTICE RE STATUS OF DEPARTMENT OF JUSTICE INVESTIGATION** |
| R. MARTINEZ, etc. et al, | |
| Defendants. | |

**TO THE CLERK OF COURT, PARTIES AND THEIR COUNSEL:**

**THIS IS NOTICE** that Counsel for Plaintiff Joseph F. Iniguez has been informed that the Department of Justice investigation related to the instant civil case has concluded, with the governing statutes of limitations having expired.

This Notice is intended to be in compliance with the Court's November 23, 2022 Order (Doc. 20).

Respectfully submitted,

Dated:  January 10, 2023       /s/ Michael H. Artan
Michael H. Artan
*Counsel for Plaintiff, Joseph F. Iniguez*