UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

JS-5

| | |
|---|---|
| Case No. 2:22-cv-00106-MCS-GJS | Date January 11, 2023 |
| Title *Joseph F. Iniguez v. R. Martinez et al.* | |

Present: The Honorable  Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) ORDER REOPENING CASE (JS-5)

Based on the parties' stipulation, on March 29, 2022, the Court stayed and closed this case for 120 days or until the completion of a criminal investigation by the U.S. Department of Justice, whichever occurred first. (1st Order Re: Stipulation, ECF No. 16.) The stay was continued twice over, as the investigation remained pending. (2d Order Re: Stipulation, ECF No. 18; 3d Order Re: Stipulation, ECF No. 20.) On January 10, 2023, Plaintiff's counsel notified the Court that "the Department of Justice investigation . . . has concluded, with the governing statutes of limitations having expired." (Notice Re: Status of Investig., ECF No. 21.) Pursuant to the completion of the federal criminal investigation, the Court lifts the stay and directs the Clerk to reopen the case.

Additionally, the Court has reviewed the parties' Rule 26(f) joint report and will issue a separate order setting the discovery schedule and trial date.

**IT IS SO ORDERED.**