Mildred K. O'Linn (State Bar No. 159055)
 mko@manningllp.com
Garros Chan (State Bar No. 320561)
 gxc@manningllp.com
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, OFFICER R. MARTINEZ, an individual and Officer of the Azusa Police Department, CITY OF AZUSA, a public entity

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOSEPH F. INIGUEZ,<br><br>           Plaintiff,<br><br>     v.<br><br>OFFICER R. MARTINEZ, an individual and Officer of the Azusa Police Department; CITY OF AZUSA, a public entity; and DOES 1 to 20,<br><br>           Defendants. | Case No. 2:22-cv-00106 MCS (GJSx)<br>*[District Judge:  Mark C. Scarsi; Magistrate: Gail J. Standish]*<br><br>**DEFENDANTS' NOTICE OF STATUS RE DEPARTMENT OF JUSTICE'S INVESTIGATION**<br><br>Complaint Filed:   01/06/22<br>FAC Filed:              01/12/22<br>Trial Date:              N/A |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Defendants, the CITY OF AZUSA and OFFICER R. MARTINEZ, ("Defendants") hereby provide the following notice as to the status of the Department of Justice's ("DOJ") investigation pursuant to the Court's Order from November 23, 2022. (Doc. 20).

///

///

///

4867-0927-6233.1

1    It is defendants understanding that the DOJ's criminal investigation of plaintiff
2 Joseph F. Iniguez as to the same set of facts and circumstances related in this civil
3 matter has concluded.

4 DATED:  January 11, 2023      **MANNING & KASS**
                                **ELLROD, RAMIREZ, TRESTER LLP**
5

6
                                By:      /s/ Garros Chan
7                                        Mildred K. O'Linn
8                                        Garros Chan
                                         Attorneys for Defendants,
9                                        OFFICER R. MARTINEZ, an individual
10                                       and Officer of the Azusa Police
                                         Department, CITY OF AZUSA, a public
11                                       entity