Mildred K. O'Linn (SBN: 159055)
Garros Chan (SBN: 320561)
801 S. Figueroa St, 15th Floor, Los Angeles, CA 90017
Telephone: (213) 624-6900

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH F. INIGUEZ<br><br>Plaintiff(s)<br><br>v.<br><br>OFFICER R. MARTINEZ, an individual and Officer of the Azusa Police Department; CITY OF AZUSA, a public entity; and DOES 1 to 20,<br><br>Defendant(s). | CASE NUMBER:<br><br>2:22-CV-00106 MCS (GJSx)<br><br>**STIPULATION REGARDING SELECTION OF PANEL MEDIATOR** |

*NOTE: This form should be filed only in cases in which the Court has issued an order of referral to ADR Procedure No. 2, directing the parties to appear before a neutral selected from the Court's Mediation Panel.*

**CHECK ONLY ONE BOX:**

[✔] The parties stipulate that _____Richard Copeland_____ may serve as the Panel Mediator in the above-captioned case. _____Garros Chan_____ (Print Name) has contacted the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three hours. All parties and the Panel Mediator have agreed that the mediation will be held on _____TBD_____ (Date) and counsel will submit mediation statements seven calendar days before the session.

[ ] The parties request that ADR Program staff assign a Panel Mediator with expertise in the following area of law: _____

Dated: 02/08/2023        /s/ Glen T. Jonas, Esq.
                         Attorney For Plaintiff   Joseph F. Iniguez

Dated: 02/08/2023        /s/ Michael H. Artan, Esq.
                         Attorney For Plaintiff   Joseph F. Iniguez

Dated: 02/08/2023        /s/ Garros Chan, Esq.
                         Attorney For Defendant   City of Azusa & Ofc. Martinez

Dated:                   
                         Attorney For Defendant

*Please attach additional sheets if needed to record all signatories, then file electronically using one of two events: "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Consent) - (ADR-2)" or "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Assigned) - (ADR-2)."*