**DENIED**
BY ORDER OF THE COURT
Dated: 06/15/2023

*Mark C. Scarsi*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH F. INIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>OFFICER R. MARTINEZ, an individual and Officer of the Azusa Police Department; CITY OF AZUSA, a public entity; and DOES 1 to 20,<br><br>Defendants. | Case No. 2:22-cv-00106 MCS (GJSx)<br>*[District Judge: Mark C. Scarsi; Magistrate: Gail J. Standish]*<br><br>**[PROPOSED] ORDER FOR MODIFICATIONS TO THE CASE SCHEDULING ORDER** |

PURSUANT TO THE STIPULATION OF THE PARTIES, and pursuant to the Court's inherent and statutory authority, including but not limited to the Court's authority under all applicable statutes and rules – including Fed. R. Civ. P. 16, 26(c), 37(a)(5), and 40, as well as U.S. Dist. Ct., C.D. Cal., L.R. 7-1, 7-3, 16-9, 16-14, 40-1, 40-1.1, 40-1.2, and 52-4.1; and all applicable Federal Rules of Civil Procedure and/or Federal Rules of Evidence and U.S. Dist. Ct., C.D. Cal. Local Rules – after due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other evidence or argument as was presented to the Court; Good Cause

appearing therefor, and in furtherance of the interests of justice,

IT IS HEREBY ORDERED that:

The Court hereby Orders that the Court's scheduling orders are **hereby modified, continued, and reset** to the following case management schedule:

| Case Management Event: | Prior-Operative Date-Deadline: | NEW Date-Deadline: |
|---|---|---|
| Non-Expert Discovery Cut-Off | July 3, 2023 | **November 20, 2023** |
| *Initial* Expert Disclosure Cut-Off | July 31, 2023 | **December 18, 2023** |
| *Rebuttal* Expert Disclosure Cut-Off | August 21, 2023 | **January 8, 2024** |
| Expert Discovery Cut-Off (Expert Discovery Completion Due) | August 28, 2023 | **January 15, 2024** |
| Last Hearing Date for Dispositive Motions | September 18, 2023 | **February 5, 2024** |
| Last Day to Conduct Settlement Conference/Mediation: | October 2, 2023 | **February 19, 2024** |
| Trial Filings (First Round): Memorandum of Contents of Fact and Law; Witness Lists; Joint Exhibit List; Motions in Limine; and Joint Status Report Regarding Settlement | November 27, 2023 | **April 15, 2024** |
| Trial Filings (Second Round): Joint Proposed Final Pretrial Conference Order; Joint Agreed Upon Proposed Jury Instructions; Disputed Proposed Jury Instructions; Joint Proposed Verdict Forms; Joint Proposed Statement of the Case; Motions in Limine Oppositions; and Proposed Voir Dire Questions, If Any. | December 4, 2023 | **April 22, 2024** |
| Hearing on Motions in Limine | December 18, 2023 | **May 6, 2024** |
| Final Pre-Trial Conference ("PTC") | December 18, 2023 | **May 6, 2024** |
| TRIAL | January 9, 2024 | **May 28, 2024** |

Except as specified herein above, all other dates and deadlines operative as of the Court's scheduling Orders shall remain unchanged and unaffected by the parties' Stipulation or this Order: only the deadlines and dates specified herein above shall be modified by the parties' Stipulation or this Order.

**IT IS SO ORDERED.**

DATED: June ___, 2023

UNITED STATES DISTRICT COURT,
CENTRAL DISTRICT OF CALIFORNIA

**DENIED**

By: _____BY ORDER OF THE COURT_____
Hon. Mark C. Scarsi,
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER FOR MODIFICATIONS TO THE CASE SCHEDULING ORDER