Mildred K. O'Linn (State Bar No. 159055)
  mko@manningllp.com
G. Craig Smith (State Bar No. 265676)
  gcs@manningllp.com
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, OFFICER R. MARTINEZ, an individual and Officer of the Azusa Police Department, CITY OF AZUSA, a public entity

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOSEPH F. INIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>OFFICER R. MARTINEZ, an individual and Officer of the Azusa Police Department; CITY OF AZUSA, a public entity; and DOES 1 to 20,<br><br>Defendants. | Case No. 2:22-cv-00106 MCS (GJSx)<br>District Judge: Mark C. Scarsi;<br>Magistrate: Gail J. Standish<br><br>**NOTICE OF SETTLEMENT OF ENTIRE ACTION**<br><br>Complaint Filed: 01/06/22<br>FAC Filed: 01/12/22<br>Trial Date: N/A |

**TO THE HONORABLE COURT:**

PLEASE TAKE NOTICE in accordance with L.R. 16-15.7 and L.R. 40-2 the parties have reached a settlement of this entire case. The settlement is between the plaintiff and the CITY OF AZUSA, with dismissal of all defendants with prejudice.

Upon full payment of the settlement proceeds, and satisfaction of the conditions therein, the action including all of the claims against all of the Defendants will be dismissed. Specifically, after execution of a release and settlement agreement, and within seven (7) days after the settlement funds are received by plaintiff's counsel, a stipulation for dismissal of the entire case shall be filed, with the entire case dismissed with prejudice. Thus, the parties request that all

hearing dates be vacated and that all proceedings be stayed for three months (90 days) in anticipation of the execution of the release, and payment thereto.

DATED:  July 11, 2023          Respectfully submitted,

**MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP**

By: _____/s/ Mildred K. O'Linn_____
    Mildred K. O'Linn, Esq.
    G. Craig Smith, Esq.
    Attorneys for Defendants

DATED:  July 11, 2023          **MICHAEL H. ARTAN, LAWYER, APC
JONAS & DRISCOLL LLP**

By: _____/s/ Glen T. Jonas_____
    Glen T. Jonas
    Michael H. Artan
    Attorneys for Plaintiff,
    JOSEPH F. INIGUEZ

# SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this notice is submitted, concur in the filing's content and have authorized the filing.

DATED: July 11, 2023

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By: */s/ Mildred K. O'Linn*
Mildred K. O'Linn, Esq.
G. Craig Smith
Attorneys for Defendants