Michael H. Artan (SBN 97393)
225 South Lake Avenue, Suite 300
Pasadena, CA 91101
Tele: 213/688-0370
mha@artanlawapc.com
Counsel for Plaintiff Joseph F. Iniguez

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH F. INIGUEZ,<br><br>Plaintiff(s),<br><br>v.<br><br>OFFICER R. MARTINEZ, etc, et al.,<br><br>Defendant(s). | CASE NUMBER<br><br>2:22-cv-00106-MCS-GJS<br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

| | |
|---|---|
| August 30, 2023 | /s/ Michael H. Artan |
| *Date* | *Signature of Attorney/Party* |

NOTE: ***F.R.Civ.P. 41(a):*** *This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

***F.R.Civ.P. 41(c):*** *Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*